**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-1131

MOMAR MERGAN, a/k/a Momar Mbergan, a/k/a Jason B. Edmond,

Plaintiff - Appellant,

v.

REGINA EDMOND; AFGHAN CONSULATE; UMUC TRAUMA UNIT; U.S.
DEPARTMENT OF EDUCATION; EMBASSY OF GAMBIA,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Catherine C. Blake, District Judge. (1:18-cv-03229-CCB)

Submitted: April 25, 2019                                   Decided: April 30, 2019

Before FLOYD and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit
Judge.

Dismissed by unpublished per curiam opinion.

Momar Mergan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Momar Mergan seeks to appeal the district court's order dismissing his civil complaint as frivolous. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on October 31, 2018. The notice of appeal was filed on January 31, 2019. Because Mergan failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal and deny all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*